**Benigno SANDOVAL-MADRIGAL, AKA Jesus Osequerra, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

**No. 13-74107**

United States Court of Appeals, Ninth Circuit.

Submitted August 9, 2017 \*

Filed August 15, 2017

Alexander H. Lubarsky, Esquire, Attorney, Community Legal Centers, San Mateo, CA, for Petitioner

Paul Fiorino, Senior Litigation Counsel, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

## MEMORANDUM \*\*

Benigno Sandoval-Madrigal, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal, which was treated as a motion to reconsider. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reconsider. *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005). We deny the petition for review.

The BIA did not abuse its discretion in denying Sandoval-Madrigal's motion to reconsider the agency's denial of adjustment of status as untimely, where it was filed more than 30 days after the BIA's 2011 order became final. *See* 8 U.S.C. § 1229a(c)(6)(B) (motion to reconsider must be filed within 30 days of entry of a final order of removal); 8 U.S.C. § 1101(a)(47)(B)(i) (an order of removal becomes final when the BIA affirms the order); *Pinto v. Holder*, 648 F.3d 976, 986 (9th Cir. 2011) (a BIA order denying relief from removal, but remanding solely for

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

voluntary departure proceedings is a final order of removal).

**PETITION FOR REVIEW DENIED.**

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.